BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In re: FORD DPS6 POWERSHIFT     )     MDL No. _____
TRANSMISSION LITIGATION          )
                                 )

### DEFENDANT FORD MOTOR COMPANY'S MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED ACTIONS IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

Pursuant to 28 U.S.C. § 1407, defendant Ford Motor Company ("Ford") respectfully moves the Judicial Panel on Multidistrict Litigation ("the Panel") for an Order that transfers and consolidates for pretrial proceedings the cases set forth in the attached Schedule of Related Actions, as well as any cases subsequently filed that assert similar or related claims. Ford further requests that all such actions be assigned to Judge André Birotte Jr. in the United States District Court for the Central District of California, Western Division, who is already presiding over several of the Related Actions and is also currently presiding over a recently settled nationwide class action that involves nearly identical factual and legal issues.

In support of this Motion, Ford states as follows:

1.      The 111 cases set forth in the attached Schedule of Related Actions involve several common issues of fact and law. Each action involves a Ford vehicle that is equipped with a DPS6 PowerShift transmission. The PowerShift transmission is an automatic transmission that includes features of manual transmissions, and was installed in 2011-2016 Ford Fiesta and 2012-2016 Ford Focus vehicles.

2.      In each of the Related Actions, Plaintiffs assert identical or very similar factual and legal allegations, all of which Ford expressly denies. Specifically, Plaintiffs allege that the PowerShift transmissions in their vehicles are defective because they are prone to various

problems, including slipping, bucking, and jerking, as well as delayed acceleration and downshifting. Plaintiffs further allege that the PowerShift transmission is subject to premature wear that requires repair or replacement. Plaintiffs assert breach of warranty and fraud claims, and seek compensatory damages, the imposition of civil penalties, and punitive damages.

3. Substantially similar claims have been asserted in *Vargas v. Ford Motor Co.*, No. CV12-08388 (C.D. Cal.), a class action pending before Judge André Birotte, Jr. in the United States District Court for the Central District of California, Western Division. *Vargas* is not among the Related Actions that Ford seeks to consolidate. However, it is relevant because, like the Related Actions, *Vargas* involves 2011-2016 Ford Fiesta and 2012-2016 Ford Focus vehicles equipped with PowerShift transmissions. After nearly five years of litigation, Judge Birotte approved a nationwide class action settlement in *Vargas* on October 18, 2017.

4. Plaintiffs in the Related Actions are not part of the settlement class in *Vargas* because they either filed their lawsuits prior to the effective date of the settlement, or have opted out of the settlement.

5. All but one of the Related Actions are brought by individual plaintiffs; one case is brought as a class action. Some of the cases have been filed in federal court in California, Texas, and Hawaii, and the class action is pending in Ohio, but most of the Related Actions have been filed in California state court and removed by Ford to the U.S. District Courts in the Central, Northern, Southern, and Eastern districts of California. Thirty-five of the cases are currently pending in the Central District of California, and twenty-nine of those cases have been assigned to Judge Birotte.

6. Consolidation of the Related Actions for pretrial purposes will promote the goals of 28 U.S.C. § 1407 by conserving judicial resources, reducing litigation costs, preventing

potentially inconsistent pretrial rulings, eliminating duplicative discovery, and permitting the cases to proceed more efficiently.

7. Each of the Related Actions are in their early stages. Centralization of these actions at this early stage will allow the transferee court to efficiently resolve the common factual and legal issues and address substantially similar discovery issues.

8. The Related Actions should be transferred for consolidated pretrial proceedings to the Central District of California, Western Division, and assigned to Judge Birotte. Judge Birotte already is presiding over twenty-nine of the Related Actions. Moreover, Judge Birotte is uniquely qualified to preside over this litigation because all of the Related Actions raise substantially similar issues to those already litigated in the *Vargas* class action. Judge Birotte's familiarity with the issues will increase efficiency and best promote judicial economy.

9. Ford's Motion is based on the accompanying Memorandum and Schedule of Related Actions filed concurrently herewith.

10. WHEREFORE, Ford respectfully requests that the Panel order that all cases set forth in the Schedule of Related Actions, as well as any cases that may subsequently be filed asserting related or similar claims, be transferred and consolidated for pretrial purposes in the U.S. District Court for the Central District of California, Western Division, before Judge Birotte.

Dated: October 30, 2017                    Respectfully submitted,

  /s/ *Eric C. Tew*
Eric C. Tew
DYKEMA GOSSETT PLLC
1301 K Street, Suite 1100 West
Washington, D.C. 20005
Tel: 202-906-8600
Fax: 855-221-0913
etew@dykema.com

ATTORNEYS FOR DEFENDANT FORD MOTOR COMPANY