**BEFORE THE**
**UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

In re: FORD DPS6 POWERSHIFT  )
TRANSMISSION LITIGATION       )          MDL No._____
_____)

**AMENDED SCHEDULE OF RELATED ACTIONS**

| Exhibit | Case Caption | Court | Civil Action No. | Judge |
|---------|--------------|-------|------------------|-------|
| 1 | **Plaintiffs:** Kenneth L. Wright, Andrew Wright<br><br>**Defendants:** Ford Motor Company, Does 1 through 10 | C.D. California, Eastern Division | 5:17-cv-01982-AB (FFMx) | André Birotte, Jr. |
| 2 | **Plaintiff:** George Papamichael<br><br>**Defendants:** Ford Motor Company, Does 1 through 10 | C.D. California, Eastern Division | 5:17-cv-01986-AB (FFMx) | André Birotte, Jr. |
| 3 | **Plaintiffs:** Fernando Rangel Rodriguez aka Fernando Rangel, Rebeca Barrientos Sierra aka Rebecca Barrientos<br><br>**Defendants:** Ford Motor Company, Does 1 through 10 | C.D. California, Eastern Division | 5:17-cv-02007-AB (FFMx) | André Birotte, Jr. |
| 4 | **Plaintiffs:** Silvestre Padilla, Tina Mendoza<br><br>**Defendants:** Ford Motor Company, | C.D. California, Eastern Division | 5:17-cv-02015-AB (FFMx) | André Birotte, Jr. |

| Exhibit | Case Caption | Court | Civil Action No. | Judge |
|---------|--------------|-------|------------------|-------|
| | Does 1 through 10 | | | |
| **5** | **Plaintiff:**<br>Nicholas West<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | C.D. California, Eastern Division | 5:17-cv-02018-AB (FFMx) | André Birotte, Jr. |
| **6** | **Plaintiffs:**<br>Edison T. Berry, Christina Berry aka Christin E. Berry<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | C.D. California, Eastern Division | 5:17-cv-02034-AB (FFMx) | André Birotte, Jr. |
| **7** | **Plaintiffs:**<br>Kenneth Henry, Gloria Yvette Henry<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | C.D. California, Eastern Division | 5:17-cv-02036-AB (FFMx) | André Birotte, Jr. |
| **8** | **Plaintiffs:**<br>Veronica Ballesteros Perez, Jose L. Perez<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | C.D. California, Eastern Division | 5:17-cv-02042-AB (FFMx) | André Birotte, Jr. |
| **9** | **Plaintiff:**<br>Steve S. Keating<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | C.D. California, Eastern Division | 5:17-cv-02044-AB (FFMx) | André Birotte, Jr. |
| **10** | **Plaintiffs:**<br>Jose M. Hernandez, Erick Hernandez<br><br>**Defendants:**<br>Ford Motor Company, | C.D. California, Eastern Division | 5:17-cv-02045-AB (FFMx) | André Birotte, Jr. |

| Exhibit | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| | Does 1 through 10 | | | |
| 11 | **Plaintiff:** Leonard McGinnis **Defendants:** Ford Motor Company, Does 1 through 10 | C.D. California, Eastern Division | 5:17-cv-02047-AB (FFMx) | André Birotte, Jr. |
| 12 | **Plaintiff:** Andrea L. Alonso aka Andrea L. Alonso Toledo **Defendants:** Ford Motor Company, Does 1 through 10 | C.D. California, Western Division | 2:17-cv-06622–AB (FFMx) | André Birotte, Jr. |
| 13 | **Plaintiff:** Sharon Fort **Defendants:** Ford Motor Company, Does 1 through 10 | C.D. California, Western Division | 2:17-cv-06631–AB (FFMx) | André Birotte, Jr. |
| 14 | **Plaintiff:** Robert Dean Bagwell **Defendants:** Ford Motor Company, Does 1 through 10 | C.D. California, Western Division | 2:17-cv-06632–AB (FFMx) | André Birotte, Jr. |
| 15 | **Plaintiffs:** Aristeo J. Barrales, Eugenio Sanchez **Defendants:** Ford Motor Company, Does 1 through 10 | C.D. California, Western Division | 2:17-cv-06638-AB (FFMx) | André Birotte, Jr. |
| 16 | **Plaintiff:** Robert S. Gibson **Defendants:** Ford Motor Company, Does 1 through 10 | C.D. California, Western Division | 2:17-cv-06644–AB (FFMx) | André Birotte, Jr. |

| Exhibit | Case Caption | Court | Civil Action No. | Judge |
|---------|--------------|-------|------------------|-------|
| **17** | **Plaintiff:**<br>George O. Hermosillo<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | C.D. California, Western Division | 2:17-cv-06651–AB (FFMx) | André Birotte, Jr. |
| **18** | **Plaintiffs:**<br>Christopher Magana, Diego Magana<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | C.D. California, Western Division | 2:17-cv-06653–AB (FFMx) | André Birotte, Jr. |
| **19** | **Plaintiff:**<br>Rodolfo Mejia<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | C.D. California, Western Division | 2:17-cv-06654–AB (FFMx) | André Birotte, Jr. |
| **20** | **Plaintiff:**<br>Mark Pedante<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | C.D. California, Western Division | 2:17-cv-06656–AB (FFMx) | André Birotte, Jr. |
| **21** | **Plaintiff:**<br>Suzanne Marie Rule<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | C.D. California, Eastern Division | 2:17-cv-07204-AB (FFMx) | André Birotte, Jr. |
| **22** | **Plaintiff:**<br>Ana R. Padilla<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | C.D. California, Eastern Division | 2:17-cv-07236-JAK-E | John A. Kronstadt |
| **23** | **Plaintiff:**<br>Bradford Hogge<br><br>**Defendants:**<br>Ford Motor Company, | C.D. California, Western Division | 2:17-CV-07256-AB (FFMx) | André Birotte, Jr. |

| Exhibit | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| | Does 1 through 10 | | | |
| 24 | **Plaintiff:**<br>Jose L. Gomez<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | C.D. California, Western Division | 2:17-cv-07262-AB (FFMx) | André Birotte, Jr. |
| 25 | **Plaintiff:**<br>Delia Crespo<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | C.D. California, Western Division | 2:17-cv-07297-AB (FFMx) | André Birotte, Jr. |
| 26 | **Plaintiff:**<br>Jean Hiatt<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | C.D. California, Western Division | 2:17-cv-07321-AB (FFMx) | André Birotte, Jr. |
| 27 | **Plaintiffs:**<br>Guillermo Trujillo aka Guillermo Trujillo Napoles, Daniel Trujillo aka Daniel Trujillo Mendia<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | C.D. California, Western Division | 2:17-cv-07322-AB (FFMx) | André Birotte, Jr. |
| 28 | **Plaintiff:**<br>Lorenzo Altamirano-Torres<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | C.D. California, Western Division | 2:17-cv-07338-AB (FFMx) | André Birotte, Jr. |
| 29 | **Plaintiff:**<br>Mohammed Altikriti, Nofal Altikriti<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | C.D. California, Western Division | 2:17-cv-07369-AB (FFMx) | André Birotte, Jr. |

| Exhibit | Case Caption | Court | Civil Action No. | Judge |
|---------|--------------|-------|------------------|-------|
| **30** | **Plaintiff:** Wayne Dobias **Defendants:** Ford Motor Company, Does 1 through 10 | C.D. California, Western Division | 2:17-cv-07370-AB (FFMx) | André Birotte, Jr. |
| **31** | **Plaintiffs:** Herman Castaneda **Defendants:** Ford Motor Company, Does 1 through 10 | C.D. California, Western Division | 2:17-cv-07416-GW-GJSx | George H. Wu |
| **32** | **Plaintiffs:** Deborah Sullivan **Defendants:** Ford Motor Company, Does 1 through 10 | C.D. California, Western Division | 2:17-cv-07497-DSF-SS | Dale S. Fischer |
| **33** | **Plaintiffs:** Alana Emhardt **Defendants:** Ford Motor Company, Does 1 through 10 | C.D. California, Western Division | 2:17-cv-07533-SJO-AFM | S. James Otero |
| **34** | **Plaintiffs:** Dennie Mobley **Defendants:** Ford Motor Company, Does 1 through 10 | C.D. California, Western Division | 2:17-cv-07554-SVW-AGR | Stephen V. Wilson |
| **35** | **Plaintiffs:** Christopher Hibdon **Defendants:** Ford Motor Company, Los Feliz Ford, Inc. doing business as Star Ford Lincoln, Does 1 through 75 | C.D. California, Western Division | 2:17-cv-6355-DSF-PLA | Dale S. Fischer |

| Exhibit | Case Caption | Court | Civil Action No. | Judge |
|---------|--------------|-------|------------------|-------|
| | | | | |
| 36 | **Plaintiffs:**<br>John Zimmerschied, Evelyn Zimmerschied<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | E.D. California, Fresno | 1:17-cv-01317-JAM-AC | John A. Mendez |
| 37 | **Plaintiffs:**<br>Jacob Bernard Russell Sorenson, Bernard Sorenson<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | E.D. California, Sacramento | 2:17-cv-01987-JAM-AC | John A. Mendez |
| 38 | **Plaintiffs:**<br>Paul Williams, Marcella Williams<br><br>**Defendants:**<br>Ford Motor Company, Auburn Ford, Does 1 through 10 | E.D. California, Sacramento | 2:17-cv-02006-JAM-AC | John A. Mendez |
| 39 | **Plaintiff:**<br>Jean Mejia Malagon<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | E.D. California, Sacramento | 2:17−CV−02051−JAM−AC | John A. Mendez |
| 40 | **Plaintiff:**<br>Felix Villalovos<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | E.D. California, Sacramento | 2:17-cv-02053-JAM-AC | John A. Mendez |
| 41 | **Plaintiff:**<br>David Mark Barrack<br><br>**Defendants:**<br>Ford Motor Company, | E.D. California, Sacramento | 2:17-cv-02078-JAM-AC | John A. Mendez |

| Exhibit | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| | Does 1 through 10 | | | |
| 42 | **Plaintiff:**<br>Angela M. Lovest<br><br>**Defendants:**<br>Ford Motor Company,<br>Does 1 through 10 | E.D. California, Sacramento | 2:17-cv-02079-JAM-AC | John A. Mendez |
| 43 | **Plaintiff:**<br>Nelson Camargo<br><br>**Defendants:**<br>Ford Motor Company,<br>Does 1 through 10 | E.D. California, Sacramento | 2:17-cv-02092-JAM-AC | John A. Mendez |
| 44 | **Plaintiffs:**<br>Amanda Marquez<br>**Defendants:**<br>Ford Motor Company,<br>Does 1 through 10 | E.D. California, Sacramento | 2:17-cv-02140-KJM-CKD | Kimberly J. Mueller |
| 45 | **Plaintiffs:**<br>Bruce Glassford<br>**Defendants:**<br>Ford Motor Company,<br>Does 1 through 10 | E.D. California, Sacramento | 2:17-cv-02145-KJM-CKD | Kimberly J. Mueller |
| 46 | **Plaintiffs:**<br>Christina Rerich<br>**Defendants:**<br>Ford Motor Company,<br>Does 1 through 10 | E.D. California, Sacramento | 2:17-cv-02147-TLN-CMK | Troy L. Nunley |
| 47 | **Plaintiffs:**<br>Megan Dolan<br>**Defendants:**<br>Ford Motor Company,<br>Does 1 through 10 | E.D. California, Sacramento | 2:17-cv-02148-KJM-GGH | Kimberly J. Mueller |

| Exhibit | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 48 | **Plaintiffs:** Candace Reyes **Defendants:** Ford Motor Company, Does 1 through 10 | E.D. California, Sacramento | 2:17-cv-02151-MCE-DB | Morrison C. England, Jr |
| 49 | **Plaintiffs:** Jane Nacua and Genesis Nacua **Defendants:** Ford Motor Company, Does 1 through 10 | E.D. California, Sacramento | 2:17-cv-02153-JAM-KJN | John A. Mendez |
| 50 | **Plaintiffs:** Michelle Martin and Antone Martin **Defendants:** Ford Motor Company, Does 1 through 10 | E.D. California, Sacramento | 2:17-cv-02158-TLN-CMK | Troy L. Nunley |
| | | | | |
| 51 | **Plaintiffs:** Jennifer Hyde formerly Jennifer Dieffenbacher, Erich Dieffenbacher **Defendants:** Ford Motor Company, North County Ford Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05613-LHK | Lucy H. Koh |
| 52 | **Plaintiffs:** Ramiro Servantes, Monica Sanchez **Defendants:** Ford Motor Company, Ace Motors, Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05615-BLF | Beth Labson Freeman |

| Exhibit | Case Caption | Court | Civil Action No. | Judge |
|---------|--------------|-------|------------------|-------|
| 53 | **Plaintiffs:** Steven Thomas, Tamara Thomas<br><br>**Defendants:** Ford Motor Company, Ford of Escondido, Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05619-LHK | Lucy H. Koh |
| 54 | **Plaintiffs:** Joel Mendez, Maria Jimenez<br><br>**Defendants:** Ford Motor Company, Sunrise Ford, Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05620-BLF | Beth Labson Freeman |
| 55 | **Plaintiff:** Joan Marlowe<br><br>**Defendants:** Ford Motor Company, Sunrise Ford, Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05621-LHK | Lucy H. Koh |
| 56 | **Plaintiff:** Michael E. Theade<br><br>**Defendants:** Ford Motor Company, Does 1 through 10 | N.D. California, San Francisco | 3:17-cv-05643-VC | Vince Chhabria |
| 57 | **Plaintiff:** Beth E. Schatzman<br><br>**Defendants:** Ford Motor Company, Does 1 through 10 | N.D. California, San Francisco | 3:17-cv-05669-VC | Vince Chharbria |
| 58 | **Plaintiff:** Maria Torres<br><br>**Defendants:** Ford Motor Company, Galpin Motors, Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05694-LHK | Lucy H. Koh |

| Exhibit | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 59 | **Plaintiff:**<br>Estela Aceves<br><br>**Defendants:**<br>Ford Motor Company, Villa Ford, Inc., Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05695-LHK | Lucy H. Koh |
| 60 | **Plaintiff:**<br>Timothy Forrester<br><br>**Defendants:**<br>Ford Motor Company, Fiesta Ford, Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05698-BLF | Beth Labson Freeman |
| 61 | **Plaintiffs:**<br>Jose Torres, Maria Torres<br><br>**Defendants:**<br>Ford Motor Company, Salinas Valley Ford, Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05699-LHK | Lucy H. Koh |
| 62 | **Plaintiff:**<br>Esmeralda Rodriguez-Diaz<br><br>**Defendants:**<br>Ford Motor Company, Fiesta Ford, Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05701-LHK | Lucy H. Koh |
| 63 | **Plaintiff:**<br>Willard M. Rodgers<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05703-LHK | Lucy H. Koh |
| 64 | **Plaintiff:**<br>Frank Hernandez<br><br>**Defendants:**<br>Ford Motor Company, Bill Brandt Ford, Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05704-BLF | Beth Labson Freeman |

| Exhibit | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 65 | **Plaintiff:**<br>Ronald Joseph Simmons<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05705-BLF | Beth Labson Freeman |
| 66 | **Plaintiff:**<br>Mark Indiveri<br><br>**Defendants:**<br>Ford Motor Company, Future Ford of Concord, Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05706-BLF | Beth Labson Freeman |
| 67 | **Plaintiff:**<br>Antonio Garcia<br><br>**Defendants:**<br>Ford Motor Company, Hemborg Ford, Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05711-BLF | Beth Labson Freeman |
| 68 | **Plaintiffs:**<br>Judith Connaughton, Francis Connaughton<br><br>**Defendants:**<br>Ford Motor Company, Lithia Fresno Ford, Does 1 through 10 | N.D. California, San Francisco | 3:17-cv-05712-EMC | Edward M. Chen |
| 69 | **Plaintiff:**<br>Jordan Klein<br><br>**Defendants:**<br>Ford Motor Company, Sunnyvale Ford, Inc., Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05722-LHK | Lucy H. Koh |
| 70 | **Plaintiffs:**<br>Mark Magan, Evelia Magan<br><br>**Defendants:**<br>Ford Motor Company, Power Ford Valencia, | N.D. California, San Jose | 5:17-cv-05730-LHK | Lucy H. Koh |

| Exhibit | Case Caption | Court | Civil Action No. | Judge |
|---------|--------------|-------|------------------|-------|
|  | Does 1 through 10 |  |  |  |
| **71** | **Plaintiffs:**<br>Valerie M. Kane aka Valerie Olmeda, Alex Olmeda<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05745-LHK | Lucy H. Koh |
| **72** | **Plaintiff:**<br>Juan Carlos Martinez<br><br>**Defendants:**<br>Ford Motor Company, Sunland Ford, Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05746-LHK | Lucy H. Koh |
| **73** | **Plaintiff:**<br>Ana Padilla<br><br>**Defendants:**<br>Ford Motor Company, Harbor Chevrolet, Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05747-BLF | Beth Labson Freeman |
| **74** | **Plaintiff:**<br>Samantha Payseno, formerly known as Samantha Hall<br><br>**Defendants:**<br>Ford Motor Company, Swanson-Fahrney Ford, Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05749-LHK | Lucy H. Koh |
| **75** | **Plaintiff:**<br>Desiree Raven<br><br>**Defendants:**<br>Ford Motor Company, Serramonte Ford, Does 1 | N.D. California, San Jose | 5:17-cv-05750-BLF | Beth Labson Freeman |

| Exhibit | Case Caption | Court | Civil Action No. | Judge |
|---------|-------------|-------|-----------------|-------|
| | through 10 | | | |
| 76 | **Plaintiff:**<br>Susana Rivera<br><br>**Defendants:**<br>Ford Motor Company, Norm Reeves Ford Lincoln, Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05751-BLF | Beth Labson Freeman |
| 77 | **Plaintiff:**<br>Nancy L. Briggs<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | N.D. California, San Francisco | 3:17-cv-05762-MMC | Maxine M. Chesney |
| 78 | **Plaintiffs:**<br>Dyanna Dawn Becker, Peter Lewis Stetina<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | N.D. California, San Francisco | 3:17-cv-05765-VC | Vince Chhabria |
| 79 | **Plaintiffs:**<br>Jose Gonzalez<br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05885-LHK | Lucy H. Koh |
| 80 | **Plaintiffs:**<br>Evelyn Reinprecht<br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05900-BLF | Beth Labson Freeman |
| 81 | **Plaintiffs:**<br>Aida Tavitian<br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05915-LHK | Lucy H. Koh |

| Exhibit | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 82 | **Plaintiffs:** David Archibald and Bernadette Archibald **Defendants:** Ford Motor Company, Does 1 through 10 | N.D. California, San Francisco | 3:17-cv-05922-MMC | Maxine M. Chesney |
| 83 | **Plaintiffs:** Treva Dillard and Reva Ellison **Defendants:** Ford Motor Company, Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05924-BLF | Beth Labson Freeman |
| 84 | **Plaintiffs:** Julius Estrada **Defendants:** Ford Motor Company, Does 1 through 10 | N.D. California, Oakland | 4:17-cv-05925-SBA | Saundra Brown Amstrong |
| 85 | **Plaintiffs:** Lilian Aguilar **Defendants:** Ford Motor Company, Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05927-LHK | Lucy H. Koh |
| 86 | **Plaintiffs:** Phillip Alliano **Defendants:** Ford Motor Company, Does 1 through 10 | N.D. California San Jose | 5:17-cv-5978-LHK | Lucy H. Koh |
| 87 | **Plaintiffs:** Julie Hess **Defendants:** Ford Motor Company, Does 1 through 10 | N.D. California, San Jose | 5:17-cv-05996-LHK | Lucy H. Koh |

| Exhibit | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 88 | **Plaintiffs:** Marvin Romero and Mary Romero  **Defendants:** Ford Motor Company, Does 1 through 10 | N.D. California, San Jose | 5:17-cv-06022-BLF | Beth Labson Freeman |
| 89 | **Plaintiffs:** Chambra Miles, Michael Wert  **Defendants:** Ford Motor Company, Jack Gorsch Ford, Inc., Does 1 through 10 | S.D. California | 3:17-cv-01993-JAH-AGS | John A. Houston |
| 90 | **Plaintiffs:** Daniel F. Rojas, Norma A. Rojas  **Defendants:** Ford Motor Company, Does 1 through 10 | S.D. California | 3:17-cv-02005-JAH-AGS | John A. Houston |
| 91 | **Plaintiff:** Ryan Raleigh  **Defendants:** Ford Motor Company, Does 1 through 10 | S.D. California | 3:17-cv-02035-LAB-MDD | Larry Alan Burns |
| 92 | **Plaintiff:** Gonzalo Cardoso  **Defendants:** Ford Motor Company, Does 1 through 10 | S.D. California | 3:17-cv-02037-L-MDD | M. James Lorenz |
| 93 | **Plaintiffs:** Tonya Lee Rose, Greg S. Rose  **Defendants:** Ford Motor Company, Does 1 through 10 | S.D. California | 3:17-cv-02038-AJB-KSC | Anthony J. Battaglia |

| Exhibit | Case Caption | Court | Civil Action No. | Judge |
|---------|-------------|-------|-----------------|-------|
| 94 | **Plaintiffs:** August Minke, Deepa Badrinarayana<br><br>**Defendants:** Ford Motor Company, Does 1 through 10 | S.D. California | 3:17-cv-02039-L-MDD | M. James Lorenz |
| 95 | **Plaintiff:** Daniel P. Kennedy<br><br>**Defendants:** Ford Motor Company, Does 1 through 10 | S.D. California | 3:17-cv-02040-CAB-JMA | Cathy Ann Bencivengo |
| 96 | **Plaintiff:** Jean Stanton<br><br>**Defendants:** Ford Motor Company, Palm Springs Motors, Does 1 through 10 | S.D. California | 3:17-cv-02043-JAH-BLM | John A. Houston |
| 97 | **Plaintiff:** Michael Modrow Jr.<br><br>**Defendants:** Ford Motor Company, Does 1 through 10 | S.D. California | 3:17-cv-02044-JAH-AGS | John A. Houston |
| 98 | **Plaintiff:** Sherry Roche<br><br>**Defendants:** Ford Motor Company, My MPG Motors, Does 1 through 10 | S.D. California | 3:17-cv-02045-W-BLM | Thomas J. Whelan |
| 99 | **Plaintiff:** Albert Reece<br><br>**Defendants:** Ford Motor Company, Drew Ford, Does 1 | S.D. California | 3:17-cv-02046-JAH-BGS | John A. Houston |

| Exhibit | Case Caption | Court | Civil Action No. | Judge |
|---------|--------------|-------|------------------|-------|
| | through 10 | | | |
| **100** | **Plaintiff:**<br>Ana L. Mendoza<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | S.D. California | 3:17-cv-02047-CAB-JMA | Cathy Ann Bencivengo |
| **101** | **Plaintiffs:**<br>Kevin Salgado, Stephanie Salgado<br><br>**Defendants:**<br>Ford Motor Company, Encinitas Ford, Does 1 through 10 | S.D. California | 3:17-cv-02048-W-AGS | Thomas J. Whelan |
| **102** | **Plaintiff:**<br>Anika Omark<br><br>**Defendants:**<br>Ford Motor Company, Enterprise Car Sales, Does 1 through 10 | S.D. California | 3:17-cv-02049-WQH-KSC | William Q. Hayes |
| **103** | **Plaintiff:**<br>Ziyadah Muhammad<br><br>**Defendants:**<br>Ford Motor Company, Ken Grody Ford, Does 1 through 10 | S.D. California | 3:17-cv-02050-LAB-BGS | Larry Alan Burns |
| **104** | **Plaintiffs:**<br>Marilou Smithfield and John Miller<br><br>**Defendants:**<br>Ford Motor Company, Does 1 through 10 | S.D. California | 3:17-cv-02109-LAB-KSC | Larry Alan Burns |
| **105** | **Plaintiffs:**<br>Todd Porter and Carrie Porter<br><br>**Defendants:**<br>Ford Motor Company, | S.D. California | 3:17-cv-02111-W-BLM | Thomas J. Whelan |

| Exhibit | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| | Does 1 through 10 | | | |
| 106 | **Plaintiffs:** En Fukasawa and Terry Adams **Defendants:** Ford Motor Company, Does 1 through 10 | S.D. California | 3:17-cv-02116-W-AGS | Thomas J. Whelan |
| 107 | **Plaintiffs:** Thomas Billiard **Defendants:** Ford Motor Company, Does 1 through 10 | S.D. California | 3:17-cv-02121-LAB-KSC | Larry Alan Burns |
| 108 | **Plaintiffs:** Ernest Esquibel **Defendants:** Ford Motor Company, Does 1 through 10 | S.D. California | 3:17-cv-02157-CAB-BLM | Cathy A. Bencivengo |
| 109 | **Plaintiffs:** Mark J. Hemza **Defendants:** Ford Motor Company, Valley Isle Motors, Ltd., Does 1-10 | D. Haw. | 1:17-cv-00296-LEK-KSC | Leslie E. Kobayashi |
| 110 | **Plaintiffs:** Benjamin Ascensio, Caleb Barnes, Linda Bourland, Terrie Bumpus, Felton Burton, Teresa Byrd, Alvin Cearley, Alice Clark, Florinda Esparza, Ruby Granados, Taylor Harrell, Deborah | E.D. Tex., Sherman | 4:17-cv-74 | Amos L. Mazzant, III |

| Exhibit | Case Caption | Court | Civil Action No. | Judge |
|---------|--------------|-------|------------------|-------|
|  | Head, Joel Hinojosa, Sharon Johnson, Josh Lazette, Jamie Lopez-Martinez, Michelle Pope, Daniel Reyes, Megan Rice, Teresa Rodriguez, Ivy Rosenberg, Juanita Sanches, Julian Santana, Bill Smith, Christine Tamez, Dawn Utsey, Staci Wyatt, Robert Zebrowski, **Defendant:** Ford Motor Company |  |  |  |
| 111 | **Plaintiffs:** Tabatha Martin and Sandra Martin **Defendant:** Ford Motor Company | S.D. Ohio, Cincinnati | 1:16-cv-00855-MRB | Michael R. Barrett |