**BEFORE THE UNITED STATES
JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| **In re: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION** | )<br>)<br>) **MDL NO. 2814**<br>)<br>) |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant Ford Motor Company hereby notifies the Panel of the potential tag-along action listed on the attached Schedule of Actions. The docket sheet and Complaint for this action is attached as Exhibit 1.

    Respectfully submitted,

    /s/ *Eric C. Tew*
    Eric C. Tew
    DYKEMA GOSSETT PLLC
    1301 K Street, Suite 1100 West
    Washington, D.C. 20005
    Tel: 202-906-8600
    Fax: 855-221-0913
    etew@dykema.com

    *COUNSEL FOR DEFENDANT FORD MOTOR COMPANY*