BEFORE THE UNITED STATES
JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | )| |
|---|---|---|
| In re: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 2814 |

## SCHEDULE OF ACTIONS

| Ex. | Case Name | Court | Case No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiffs:**<br>Jeremy Chapman, Kemoy Fong, Paul Pilof<br>**Defendant:**<br>Ford Motor Company | E.D. Wis., Milwaukee | 2:21-cv-0794 | Magistrate Judge Stephen C. Dries |