BEFORE THE UNITED STATES
JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| In re: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) )   MDL NO. 2814 |

## PROOF OF SERVICE

I hereby certify that on <u>August 18, 2021</u>, I electronically transmitted a copy of (1) **Notice of Potential Tag-Along Action**; (2) **Schedule of Actions**; (3) **Exhibit 1**, and (4) **Proof of Service** to the Clerk of Court using the Court's CM/ECF System for filing and served the same on the following in the manner indicated below:

**VIA U.S. MAIL:**

Anthony P. Chester, Esq.
 Tony@kazlg.com
KAZEROUNI LAW GROUP APC
120 S. 6th Street – Suite 2050
Minneapolis, MN 55402
Telephone: (952) 225-5333
> **Counsel for Plaintiffs Jeremy Chapman, Kemoy Fong, Paul Pilof**
> E.D. Wisconsin., Milwaukee, 2:21-cv-0794

**VIA E-MAIL:**

Roshan N. Rajkumar, Esq.
 roshan.rajkumar@bowmanandbrooke.com
Aleena K. Wilson, Esq.
 aleena.wilson@bowmanandbrooke.com
BOWMAN and BROOKE LLP
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone: (612) 672-3216
Facsimile: (612) 672-3200
> **Counsel for Defendant Ford Motor Company**
> E.D. Wisconsin., Milwaukee, 2:21-cv-0794

**VIA ECF:**

Steve Mikhov, Esq.
 stevem@knightlaw.com
KNIGHT LAW GROUP, LLP
10250 Constellation Blvd., Suite 2500
Los Angeles, CA  90067
Telephone: (310) 552-2250
Facsimile: (310) 552-7973
   **MDL Liaison Counsel for Plaintiffs**
   C.D. California, Los Angeles, 2:18-ml-2814

Jeffrey A. Koncius, Esq.
 koncius@kiesel.law
Paul R. Kiesel, Esq.
 kiesel@kiesel.law
Nicole Ramirez, Esq.
 Ramirez@kiesel.law
KIESEL LAW LLP
8648 Wilshire Blvd.
Beverly Hills, CA 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812
   **MDL Lead/Liaison Counsel for Plaintiffs**
   C.D. California, Los Angeles, 2:18-ml-2814

John M. Thomas, Esq.
 jthomas@dykema.com
DYKEMA GOSSETT PLLC
2723 South State Street, Suite 400
Ann Arbor, MI 48104
Telephone: (734) 214-7613
Facsimile: (734) 214-7696
   **MDL Lead/Liaison Counsel for Defendants**
   C.D. California, Los Angeles, 2:18-ml-2814

Amir M. Nassihi, Esq.
 Anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery – Suite 2600
San Francisco, CA  94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
   **MDL Lead/Liaison Counsel for Defendants**
   C.D. California, Los Angeles, 2:18-ml-2814

Spencer P. Hugret, Esq.
  Shugret@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone: (415) 875-3193
Facsimile: (415) 986-8054
        **MDL Lead/Liaison Counsel for Defendants**
      C.D. California, Los Angeles, 2:18-ml-2814

      /s/ *Eric C. Tew*
      Eric C. Tew
      DYKEMA GOSSETT PLLC
      1301 K Street, Suite 1100 West
      Washington, D.C. 20005
      Tel: 202-906-8600
      Fax: 855-221-0913
      etew@dykema.com

      *COUNSEL FOR DEFENDANT FORD MOTOR COMPANY*