BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re: FORD MOTOR COMPANY DPS6
POWERSHIFT TRANSMISSION PRODUCTS   MDL NO. 2814
LIABILITY LITIGATION

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

Pursuant to J.P.M.L. Rule 7.1(a), the party-plaintiffs in two pending actions as identified in the Schedule of Actions, below, hereby notify the Panel of their potential tag-along actions. The docket sheet and Complaints for these cases are attached as Exhibits 1 and 2.

Respectfully submitted,

WELLS LAW OFFICE, INC.

BY: /s/ *Amy L. Wells*
AMY L. WELLS, Ohio Bar No. 0078247
201 N. Garland Ct., 2908
Chicago, IL 60601
(773) 762-9104
attorneyamywells@gmail.coms


STERN LAW, PLLC

BY:*/s/ Kenneth A. Stern*
KENNETH A. STERN
*Pro Hac Vice in District Courts* -  to be filed
41850 W. Eleven Mile Road, Suite 121
Novi, MI 48375-1857
(248) 347-7315
ken@sternlawonline.com

*Counsel for Party-Plaintiffs Ljubomir Spasovski and Debra Schweizer*

1