BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re: FORD MOTOR COMPANY DPS6
POWERSHIFT TRANSMISSION PRODUCTS           MDL NO. 2814
LIABILITY LITIGATION

## NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to J.P.M.L. Rule 7.1(a), the party-plaintiff in a pending action (identified in the Schedule of Action attached as Exhibit 1) hereby notifies the Panel of her potential tag-along action. The docket sheet and Complaint for this case is attached as Exhibit 3.

Respectfully submitted,

WELLS LAW OFFICE, INC.

BY: /s/ *Amy L. Wells*
AMY L. WELLS, Ohio Bar No. 0078247
201 N. Garland Ct., 2908
Chicago, IL 60601
(773) 762-9104
amywells@equaljusticelaw.com


STERN LAW, PLLC

BY:/s/ *Kenneth A. Stern*
KENNETH A. STERN
*Pro Hac Vice in District Court -  to be filed*
41850 W. Eleven Mile Road, Suite 121
Novi, MI 48375-1857
(248) 347-7315
ken@sternlawonline.com

*Counsel for Party-Plaintiff Melanie Bailey*

1