**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: FORD MOTOR CO. DPS6 POWERSHIFT**
**TRANSMISSION PRODUCTS LIABILITY**
**LITIGATION**                                                      MDL No. 2814

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –68)**

On February 2, 2018, the Panel transferred 75 civil action(s) to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 289 F.Supp.3d 1350 (J.P.M.L. 2018). Since that time, 483 additional action(s) have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable Andre Birotte, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Birotte.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of February 2, 2018, and, with the consent of that court, assigned to the Honorable Andre Birotte, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: FORD MOTOR CO. DPS6 POWERSHIFT**
**TRANSMISSION PRODUCTS LIABILITY**
**LITIGATION**                                                        MDL No. 2814

**SCHEDULE CTO–68 – TAG–ALONG ACTIONS**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| DELAWARE | | | |
| DE | 1 | 22–00758 | Ables et al v. Ford Motor Company |
| DE | 1 | 22–00759 | Jones et al v. Ford Motor Company |
| DE | 1 | 22–00760 | Akers et al. v. Ford Motor Company |
| DE | 1 | 22–00761 | Jones et al v. Ford Motor Company |
| DE | 1 | 22–00762 | Adams et al v. Ford Motor Company |
| DE | 1 | 22–00763 | Gregory et al v. Ford Motor Company |
| DE | 1 | 22–00764 | Mourey et al v. Ford Motor Company |
| DE | 1 | 22–00765 | Alequin et al v. Ford Motor Company |
| DE | 1 | 22–00766 | Lehman et al v. Ford Motor Company |
| DE | 1 | 22–00767 | Ackermann et al v. Ford Motor Company |
| DE | 1 | 22–00768 | Hall et al v. Ford Motor Company |
| DE | 1 | 22–00769 | Nichols et al v. Ford Motor Company |
| DE | 1 | 22–00770 | Adams et al v. Ford Motor Company |
| DE | 1 | 22–00771 | Hanus et al v. Ford Motor Company |
| DE | 1 | 22–00772 | Patterson et al v. Ford Motor Company |
| DE | 1 | 22–00773 | Ahlum et al v. Ford Motor Company |
| DE | 1 | 22–00774 | Aguilar et al v. Ford Motor Company |
| DE | 1 | 22–00775 | Andres et al v. Ford Motor Company |
| DE | 1 | 22–00776 | Adams et al v. Ford Motor Company |
| DE | 1 | 22–00777 | Magliocchini et al v. Ford Motor Company |
| DE | 1 | 22–00800 | Aaron et al v. Ford Motor Company |
| DE | 1 | 22–00801 | Cote et al v. Ford Motor Company |
| DE | 1 | 22–00802 | Higgins et al v. Ford Motor Company |
| DE | 1 | 22–00803 | Seal et al v. Ford Motor Company |
| DE | 1 | 22–00804 | Mercurio et al v. Ford Motor Company |
| DE | 1 | 22–00805 | Abernathy et al. v. Ford Motor Company |
| DE | 1 | 22–00806 | Greenier et al v. Ford Motor Company |
| DE | 1 | 22–00807 | Pemmie et al v. Ford Motor Company |
| DE | 1 | 22–00808 | Abbott et al v. Ford Motor Company |
| DE | 1 | 22–00809 | Gramont et al v. Ford Motor Company |
| DE | 1 | 22–00810 | Abner et al v. Ford Motor Company |
| DE | 1 | 22–00811 | Nichols et al v. Ford Motor Company |
| DE | 1 | 22–00812 | King et al v. Ford Motor Company |
| DE | 1 | 22–00813 | Abee et al v. Ford Motor Company |
| DE | 1 | 22–00814 | Forrest et al v. Ford Motor Company |

| DE | 1 | 22–00815 | Monroe et al v. Ford Motor Company |
|----|---|----------|------------------------------------|
| DE | 1 | 22–00816 | Aaronhalt et al v. Ford Motor Company |
| DE | 1 | 22–00817 | Daffern et al v. Ford Motor Company |
| DE | 1 | 22–00819 | Hernandez et al v. Ford Motor Company |
| DE | 1 | 22–00820 | Meadors et al v. Ford Motor Company |
| DE | 1 | 22–00821 | Rosario et al v. Ford Motor Company |
| DE | 1 | 22–00829 | Aboites et al v. Ford Motor Company |
| DE | 1 | 22–00830 | Madison et al v. Ford Motor Company |
| DE | 1 | 22–00831 | Abell et al v. Ford Motor Company |
| DE | 1 | 22–00832 | Hinkley et al v. Ford Motor Company |
| DE | 1 | 22–00833 | Abramson et al v. Ford Motor Company |
| DE | 1 | 22–00834 | Livingston et al v. Ford Motor Company |
| DE | 1 | 22–00835 | Acly et al v. Ford Motor Company |
| DE | 1 | 22–00836 | Acker et al v. Ford Motor Company |
| DE | 1 | 22–00837 | Agen et al v. Ford Motor Company |
| DE | 1 | 22–00838 | Aanenson et al v. Ford Motor Company |
| DE | 1 | 22–00839 | Ameigh et al v. Ford Motor Company |
| DE | 1 | 22–00840 | Aitchison et al v. Ford Motor Company |
| DE | 1 | 22–00841 | Abaray et al v. Ford Motor Company et al |
| DE | 1 | 22–00842 | Adams et al v. Ford Motor Company |
| DE | 1 | 22–00844 | Acton et al v. Ford Motor Company |
| DE | 1 | 22–00847 | Adams et al v. Ford Motor Company |
| DE | 1 | 22–00848 | Jones et al v. Ford Motor Company et al |
| DE | 1 | 22–00849 | Albright et al v. Ford Motor Company |
| DE | 1 | 22–00850 | Acosta et al v. Ford Motor Company |